JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual, | Case No.: CV 20-9627-GW-PVCx |
| Plaintiff, | *Hon. George H. Wu* |
| v. | |
| WESTERN AVENUE PROPERTY L.P., a California limited partnership; and Does 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed: October 20, 2020<br>Trial Date:   Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Western Avenue Property L.P. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  June 10, 2021

HON. GEORGE H. WU,
United States District Judge